IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KERRY D. SUMMERS,

      Plaintiff,

v.                                     CASE NO. 5:07cv28-RH/EMT

DONALD C. WINTER,

      Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 20), and the objections thereto (document 21). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for summary judgment (document 8), is GRANTED. Plaintiff's motion for summary judgment (document 12) is DENIED.

The clerk shall enter judgment stating that this action is dismissed with prejudice and shall close the file.

    SO ORDERED this 19th day of March, 2008.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge